### DUNIGAN *v.* DUKE.

EVANS, P. J. The judgment rendered by the ordinary was demanded by the evidence, and the judge of the superior court did not err in refusing to reverse it on writ of certiorari.

*Judgment affirmed. All the Justices concur.*
NOVEMBER 20, 1912.

Certiorari. Before Judge Brand. Jackson superior court. September 23, 1911.

*Ray & Ray,* for plaintiff in error.